Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :    1:06-md-1789 (JFK)
                                                    :
-------------------------------------------------x
*This Document Relates to:*                         :    **NOTICE OF APPEARANCE**
Doris Kozlin and                                    :
Albert Kozlin                                       :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-4135-JFK                           :
-------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 30, 2008
     New York, New York                    Respectfully submitted,


                                        By:        /s/
                                           David J. Heubeck


                                           Venable LLP
                                           750 E. Pratt Street, Suite 900
                                           Baltimore, Maryland 21202
                                           Tel:  (410) 244-7731
                                           Fax:  (410) 244-7742
                                           Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                             /s/  
                                  David J. Heubeck

                                  Venable LLP  
                                  750 E. Pratt Street, Suite 900  
                                  Baltimore, Maryland 21202  
                                  Tel:  (410) 244-7731  
                                  Fax:  (410) 244-7742  
                                  Email: djheubeck@venable.com